# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PETITION OF FORMA PAUPERIS REQUEST,

No. 62067

IKEMEFULA CHARLES IBEABUCHI,
Appellant,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK,
Respondent.

**FILED**

JAN 21 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This pro se appeal appears to be from an order of the district court denying a request to proceed in forma pauperis. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); NRS 12.015(7) (orders regarding indigency not appealable); *see also Barnes v. Eighth Judicial District Court*, 103 Nev. 679, 681, 748 P.2d 483, 485 (1987). We therefore lack jurisdiction to consider this appeal, and we ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

---

[1] In light of this disposition, all pending motions are denied as moot.

cc: Hon. Jennifer P. Togliatti, District Judge
Ikemefula Charles Ibeabuchi
Attorney General/Carson City
Eighth District Court Clerk